```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARLEE JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-362 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| ARLEE JOHNSON, | ) Date: November 18, 2005 |
|  | ) Time: 10:00 A.M. |
|  | ) |
|  | ) Judge: Hon. Edward G. Garcia |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of November 18, 2005 be vacated and a new date of December 16, 2005 be set for status.

Defense counsel is awaiting additional mental health records, interviewing witnesses, and is retaining a mental health expert.

It is stipulated and agreed between the parties that the period beginning November 18, 2005 to December 16, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for

1  defense preparation.  All parties stipulate and agree that this is an
2  appropriate exclusion of time within the meaning of Title 18, United
3  States Code, Section 3161(h)(8)(iv) (Local Code T4).
4  Dated: November 16, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

_____/S/NED SMOCK_____
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ARLEE JOHNSON

MCGREGOR W. SCOTT
United States Attorney

13 Dated:  November 16, 2005

_____/S/ JASON HITT_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 16, 2005

/s/ Edward J. Garcia_____
HONORABLE EDWARD J. GARCIA
District Court Judge