```
DENNIS WAKS, Bar # 142581
Interim Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARLEE JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                     ) | No. CR-S-05-362 EJG |
|                                              ) | |
|           Plaintiff,                         ) | |
|                                              ) | STIPULATION AND ORDER |
|      v.                                      ) | |
|                                              ) | |
| ARLEE JOHNSON,                                ) | Date: February 3, 2006 |
|                                              ) | Time: 10:00 A.M. |
|                                              ) | |
|                                              ) | Judge: Hon. Edward G. Garcia |
|           Defendant.                         ) | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 13, 2006 be vacated and a new date of February 3, 2006 be set for status.

    Defense counsel is awaiting additional mental health records from the California Department of Corrections and U.C. Davis Medical Center. In addition, a mental health expert is reviewing extensive records received thus far and preparing to evaluate Mr. Johnson.

    It is stipulated and agreed between the parties that the period beginning January 13, 2006 to February 3, 2006, should be excluded in

1  computing the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act for
3  defense preparation.  All parties stipulate and agree that this is an
4  appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4).
6  Dated: January 11, 2006

                                        Respectfully submitted,

                                        DENNIS WAKS
                                        Interim Federal Defender


                                            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARLEE JOHNSON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

15  Dated:  January 11, 2006
                                            /S/ JASON HITT
                                        JASON HITT
                                        Assistant U.S. Attorney


18                              **ORDER**

19      **IT IS SO ORDERED.**

20  DATED: January 11, 2005

                                         /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge

2