DENNIS WAKS, Bar # 142581
Interim Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ARLEE JOHNSON,  )<br>  )<br>  )<br>        Defendant.  )<br>_____ | No. CR-S-05-362 EJG<br><br>STIPULATION AND ORDER<br><br>Date: March 3, 2006<br>Time: 10:00 A.M.<br><br>Judge: Hon. Edward G. Garcia |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 3, 2006 be vacated and a new date of March 3, 2006 be set for status.

    Defense counsel is still awaiting additional medical and mental health records.  In addition, a mental health expert is reviewing extensive records received thus far and preparing a report about Mr. Johnson.  Counsel will then need to engage in further negotiations with the government and present possible dispositions to Mr. Johnson.

    It is stipulated and agreed between the parties that the period

beginning February 3, 2006 to March 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 1, 2006

                                        Respectfully submitted,

DENNIS WAKS
Interim Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ARLEE JOHNSON

MCGREGOR W. SCOTT
United States Attorney

Dated:  February 1, 2006

    /S/ JASON HITT
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  February 2, 2006

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge

2