DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-362 EJG |
| ) | C/EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ARLEE JOHNSON, ) | Date: April 7, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Edward G. Garcia |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 3, 2006 be vacated and a new date of April 7, 2006 be set for status.

A mental health expert is reviewing extensive records received thus far and preparing a report about Mr. Johnson.  Records have been requested and received from numerous facilities and many interviews have been performed.  Completion of the report has been delayed because the expert was ill at the time of an initially scheduled evaluation of Mr. Johnson and because the expert is awaiting mental health records from the California Department of Corrections.  Counsel requested the records more than five months ago and has been in contact with

supervisors at the Department of Corrections seeking to expedite the copying of the records. A defense investigator has also been doing follow-up investigation requested by the expert based upon his review of the records. As soon as the report is completed, the defense will need time to present it to the government and engage in discussions about an appropriate disposition in this matter.

It is stipulated and agreed between the parties that the period beginning March 3, 2006 to April 7, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 1, 2006                     Respectfully submitted,

                                         DANIEL BRODERICK
                                         Acting Federal Defender

                                             /S/NED SMOCK
                                         NED SMOCK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ARLEE JOHNSON


                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated:  March 1, 2006
                                             /S/ JASON HITT
                                         JASON HITT
                                         Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: March 1, 2006                      /s/ Edward J. Garcia
                                         HONORABLE EDWARD J. GARCIA
                                         District Court Judge

2