1   DANIEL BRODERICK, Bar # 89424
    Acting Federal Defender
    NED SMOCK, Bar # 236238
2   Assistant Federal Defender
    801 I Street, 3rd Floor
3   Sacramento, California 95814
    Telephone: (916) 498-5700
4
    Attorney for Defendant
5   ARLEE JOHNSON

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,        )  No. CR-S-05-362 EJG
                                     )
10                 Plaintiff,        )
                                     )  STIPULATION AND ORDER
11      v.                           )
                                     )
12  ARLEE JOHNSON,                   )  Date: April 21, 2006
                                     )  Time: 10:00 A.M.
13                                   )
                                     )  Judge: Hon. Edward G. Garcia
14                 Defendant.        )
    _____ )
15
        IT IS HEREBY STIPULATED by and between the parties hereto through
16
    their respective counsel, JASON HITT, Assistant United States Attorney,
17
    and NED SMOCK, Assistant Federal Defender, attorney for defendant, that
18
    the current Status Conference date of April 7, 2006 be vacated and a
19
    new date of April 21, 2006 be set for status/change of plea.
20
        The mental health expert retained by the defense has completed a
21
    lengthy report about Mr. Johnson and the report is being provided to
22
    the government.  The parties will need to meet to discuss an
23
    appropriate disposition, and any proposed disposition will need to be
24
    discussed with the defendant.  It is anticipated that a disposition
25
    will be reached by April 21, 2006.
26
        It is stipulated and agreed between the parties that the period
27
    beginning April 7, 2006 to April 21, 2006, should be excluded in
28

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).


Dated: April 5, 2006                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

                                             /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARLEE JOHNSON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  April 5, 2006
                                             /S/ JASON HITT
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

    **IT IS SO ORDERED.**

DATED:   April 6, 2006             /s/ Edward J. Garcia
                                   HONORABLE EDWARD J. GARCIA
                                   District Court Judge