DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-362 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ARLEE JOHNSON, ) | Date: May 12, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Edward G. Garcia |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 28, 2006 be vacated and a new date of May 12, 2006 be set for status/change of plea.

The parties have reached an understanding about the general terms of a plea agreement involving a jointly recommended sentence including a departure from the advisory guidelines sentence. Counsel for the government needs to meet with his supervisor to review a draft of the plea agreement and the defense needs to review the proposed plea agreement with his client once it is finalized. The supervisor has been out of the office on reserve military training. The parties believe that a plea agreement can be finalized by May 12, 2006.

It is stipulated and agreed between the parties that the period beginning April 28, 2006 to May 12, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 27, 2006                Respectfully submitted,

                                                DANIEL BRODERICK
                                              Acting Federal Defender

                                                 /S/NED SMOCK
                                              NED SMOCK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ARLEE JOHNSON


                                              MCGREGOR W. SCOTT
                                              United States Attorney

Dated:  April 27, 2006
                                                 /S/ JASON HITT
                                              JASON HITT
                                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 27, 2006                /s/ Edward J. Garcia
                                              HONORABLE EDWARD J. GARCIA
                                              District Court Judge