DANIEL BRODERICK, Bar # 89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-362 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ARLEE JOHNSON, ) | Date: June 16, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 26, 2006 be vacated and a new date of June 16, 2006 be set for status/change of plea.

The parties have reached a resolution in this case. A written plea agreement needs to be prepared. Defense will need to review the proposed plea agreement with his client once it is finalized. It is stipulated and agreed between the parties that the period beginning May 26, 2006 to June 16, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of

time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 25, 2006                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Acting Federal Defender

                                            /S/NED SMOCK
                                       NED SMOCK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ARLEE JOHNSON


                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated:  May 25, 2006
                                            /S/ JASON HITT
                                       JASON HITT
                                       Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

DATED:  May 25, 2006          /s/ Edward J. Garcia
                              HONORABLE EDWARD J. GARCIA
                              District Court Judge

2