# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              **RE:** Arlee JOHNSON
                                    Docket Number: 2:05CR00362-01
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Sir:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 8, 2006 to September 22, 2006 at 10:00 a.m. (See attached for amended Schedule for Disclosure)

**REASON FOR CONTINUANCE:** The probation officer is request more time in order to review the defendant's extensive mental health history, including psychological records and an evaluation submitted by defense counsel on behalf of the defendant.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                              Respectfully submitted,
                                              /s/ Wendy E. Reyes
                                              Wendy E. Reyes
                                              United States Probation Officer

**REVIEWED BY:** /s/ Karen A. Meusling
                             Karen A. Meusling
                             Supervising United States Probation Officer

Dated: August 10, 2006
         Sacramento, California
         WR:sa

**FILED**

AUG 15 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attachment

cc: Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk

☑ **Approved**     /s/ Edward J. Garcia        8/14/06
                        Senior United States District Judge    Date

☐ **Disapproved**

Rev. 8/98
CONTJ&S.EJG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 2:05CR00362-01 |
| Plaintiff,<br>vs.<br>Arlee JOHNSON<br>Defendant. | Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report. |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

| | |
|---|---|
| Judgment and Sentencing Date | 09/22/2006 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer & Opposing Counsel no Later Than | 09/15/2006 |
| The Presentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than | 09/08/2006 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer & Opposing Counsel no Later Than | 09/01/2006 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than | 08/18/2006 |