**FILED**
SEP 25, 2006
JACK L. WAGNER, CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
      Plaintiff, )
      v. ) Case No. S-05-362 EJG
*Arlee Johnson* )
      Defendant. ) RELEASE ORDER NO. _____
                    ) ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release *Arlee Johnson* _____, Case No. _____,

Charge _____,

from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X** (Other) *deft sentenced to time served*

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at *Sacramento, Calif.* on *Sept 22, 2006*

~~19~~ at *11* a.m./~~p.m.~~

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal