1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
   NED SMOCK, Bar # 236238
2  Assistant Federal Defender
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  ARLEE JOHNSON

6
                  IN THE UNITED STATES DISTRICT COURT
7
               FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      )  No. CR-S-05-362 EJG
                                  )
10               Plaintiff,       )
                                  )  STIPULATION AND ORDER
11      v.                        )
                                  )
12 ARLEE JOHNSON,                 )  Judge:    Hon. Gregory G. Hollows
                                  )  Date:     September 7, 2007
13                                )
                                  )
14               Defendant.       )
   _____)

15      United States Probation has determined that there is an opening at

16 the 90 day Effort Residential Treatment Facility.  The parties and

17 United States Probation agree that placement in the drug treatment

18 program is appropriate for Mr. Johnson at this time and addresses the

19 concerns raised at the detention hearing on September 5, 2007.

20 Accordingly, the parties ask that the Court issue a release order so

21 that Mr. Johnson can report to the Effort on Saturday, September 8,

22 2007 at 10:00 a.m.  Defense counsel and Kris Miura from United States

23 //

24 //

25 //

26 //

27 //

28

1

Probation have met with Mr. Johnson at the jail today and informed him

2  of the plan and where he is to report tomorrow.

3

4  Dated: September 7, 2007                Respectfully submitted,

5                                          DANIEL BRODERICK
                                           Acting Federal Defender
6
                                           _____/S/NED SMOCK_____
7                                          NED SMOCK
                                           Assistant Federal Defender
8                                          Attorney for Defendant
                                           ARLEE JOHNSON
9

10                                         MCGREGOR W. SCOTT
                                           United States Attorney
11
    Dated:  September 7, 2007
12                                         /S/ Ned Smock for JASON HITT
                                           JASON HITT
13                                         Assistant U.S. Attorney

14

15                                             ---

16
                                             ORDER
17
        Arlee Johnson is ordered released from custody and is ordered to
18  report to the Effort Residential Treatment Facility, 1550 Juliesse
    Ave., Sacramento, CA  95815 at 10:00 a.m. on September 8, 2007 to
19  commence a 90 day inpatient treatment program.

20

21      **IT IS SO ORDERED.**

22  DATED:9/7/07                           /s/ Gregory G. Hollows

23                                         _____
                                           HONORABLE GREGORY G. HOLLOWS
24                                         United States Magistrate Judge

    ohnson362.ord
25

26

27

28

                                     2