IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                    CR. NO. S-05-362 EJG (GGH)

  vs.

ARLEE JOHNSON,

       Defendant.                MEMORANDUM
_____/

After the hearing held to determine whether supervised releasee Johnson should be detained pending hearing (and he was ordered detained), the undersigned inquired about Johnson's recent attempts to harm himself.  His counsel indicated that he did not believe Johnson to be presently suicidal.  No direction was given to the deputy marshals present at the hearing concerning notification of this suicide attempt, although the deputies were directed to give notice about his medical conditions and medication.  After hearing DUSM Kevin Biernet spoke to the undersigned about his misgivings in not informing the jail medical authorities about the recent suicide attempt.  The undersigned decided that it was unfair to those authorities not to give them notice of the recent suicide attempt, and that ultimately, any action or inaction should be

\\\\\

\\\\\

1

determined by those authorities.  The undersigned directed DUSM Biernet to notify the appropriate jail authorities of Johnson's recent suicide attempt.

DATED: 9/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
johnson362.mem