DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-362 EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ARLEE JOHNSON, | ) Date: October 12, 2007 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

This case is currently scheduled for an admit/deny hearing on Friday, September 14 after the filing of a petition charging Mr. Johnson with violating his conditions of supervised release. On September 5, 2007, Mr. Johnson appeared before Magistrate Judge Gregory H. Hollows. Two days later, on September 7, 2007, Judge Hollows ordered Mr. Johnson released into the care of the Effort residential drug treatment program for 90 days. The defense, the government, and United States Probation have conferred, and agree that it would be appropriate to postpone the admit/deny hearing for approximately one month while Mr. Johnson adjusts to the residential treatment program.

//

//

Accordingly, the parties request that the current September 14 date be vacated and a new date of October 12, 2007 be set for admit/deny hearing.

Dated: September 12, 2007              Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ARLEE JOHNSON

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  September 12, 2007
                                        /S/ JASON HITT
                                        JASON HITT
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 12, 2007              /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge