1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
   NED SMOCK, Bar # 236238
2  Assistant Federal Defender
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  ARLEE JOHNSON

6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,       )  No. CR-S-05-362 EJG
                                   )
10              Plaintiff,         )
                                   )  STIPULATION AND ORDER
11      v.                         )
                                   )
12 ARLEE JOHNSON,                  )  Date: December 14, 2007
                                   )  Time: 10:00 A.M.
13                                 )  Judge: Hon. Edward J. Garcia
                                   )
14              Defendant.         )
   _____
15

16      This case is currently scheduled for an admit/deny hearing on
17 October 12, 2007 after the filing of a petition charging Mr. Johnson
18 with violating his conditions of supervised release.  Mr. Johnson is
19 currently in the care of the Effort residential drug treatment program.
20 His 90 day commitment is scheduled to end approximately December 8,
21 2007.  The defense, the government, and United States Probation have
22 conferred, and agree that it would be appropriate to postpone the
23 admit/deny hearing until after Mr. Johnson completes the residential
24 treatment program.
25 //
26 //
27 //
28

Accordingly, the parties request that the current October 12th date be vacated and a new date of December 14, 2007 be set for status on the violation petition.

Dated: October 10, 2007                    Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender

                                                /S/NED SMOCK
                                           NED SMOCK
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           ARLEE JOHNSON


                                           MCGREGOR W. SCOTT
                                           United States Attorney

Dated:  October 10, 2007
                                                /S/ JASON HITT
                                           JASON HITT
                                           Assistant U.S. Attorney

                            **ORDER**

**IT IS SO ORDERED.**

DATED: October 10, 2007            /s/ Edward J. Garcia
                                   Honorable Edward J. Garcia
                                   District Court Judge

2