DANIEL BRODERICK, Bar # 89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARLEE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-362 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| ARLEE JOHNSON, | ) Date: July 11, 2008 |
| | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Edward J. Garcia |
| Defendant. | ) |

This case is currently scheduled for an dispositional hearing set for June 6, 2008.  It is hereby stipulated by Assistant Federal Defender, Rachelle Barbour , for defendant ARLEE JOHNSON, and Assistant United States Attorney Jason Hitt that the dispositional hearing set for June 6, 2008 be vacated and rescheduled for July 11, 2008 at 10:00 a.m.

//

//

Ms. Barbour has verified with USPO Kris Miura that she has no objection to the continuance. The continuance is requested to permit the defense additional time to present sentencing arguments to the Court.

Dated: June 4, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
ARLEE JOHNSON

Dated:  June 4, 2008

MCGREGOR W. SCOTT
United States Attorney

/S/ JASON HITT
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:   June 4, 2008

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge

2